# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §    CRIMINAL COMPLAINT |
| vs. | §    CASE NUMBER: DR:22-M -01689(1) |
| | § |
| (1) Adan Alexander Morales-Martinez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 18, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(ii)**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On July 18, 2022, defendant Adan Morales-Martinez, a Mexican citizen, was arrested near Del Rio, Texas, within the Western District of Texas, for transporting one illegal alien further into the United States. The defendant was encountered in a group of suspected illegal aliens in the brush and was apprehended with Garcia-Ortiz after a foot chase. The defendant

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

*/s/ L. Melton*
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/21/2022                 at    DEL RIO, Texas
File Date                                      City and State

VICTOR ROBERTO GARCIA         *[signature]*
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -01689(1)

(1) Adan Alexander Morales-Martinez

**Continuation of Statement of Facts:**

was verbally aggressive toward agents, and stated Agents help him cross people. When asked if he crossed the group, the defendant nodded and said Agents were not going to do anything to him anyhow. Agents determined both subjects were Mexican citizens illegally present in the United States. The defendant denied knowing anyone in the group during his sworn statement. Garcia-Ortiz positively identified the defendant as the foot guide in a six-pack photo line-up and said he was to pay the defendant $2000 USD."

| | |
|---|---|
| Signature of Judicial Officer | Signature of Complainant |